HEATHER E. WILLIAMS, CA SBN 122664
Federal Defender
REED GRANTHAM, CA SBN 294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MARIELA ZAVALA-MENDOZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:21-cr-00321-ADA |
| Plaintiff, | **ORDER FOR RELEASE** |
| vs. | |
| MARIELA ZAVALA-MENDOZA, | |
| Defendant. | |

IT IS HEREBY ORDERED that defendant Mariela Zavala-Mendoza (Fresno County Sheriff's Office JID No. 7113955) shall be released from the Fresno County Jail on Tuesday, November 22, 2022, at 8:00 a.m.

While on pretrial release pending the resolution of the supervised release violation petition filed on September 1, 2022, Ms. Zavala-Mendoza must comply with the following conditions of pretrial release:

1. You must participate in an outpatient substance abuse/alcohol abuse treatment program and follow the rules and regulations of that program. The probation officer, in consultation with the treatment provider, will supervise your participation in the program.
2. You must submit to substance abuse/alcohol abuse testing to determine if you have used a prohibited substance. You must not attempt to obstruct or tamper with the testing methods.

3. You must abstain from the use of alcoholic beverages and shall not enter, visit, or be present at those places where alcohol is the chief item of sale.

4. You will be monitored until such time as violation proceedings are concluded, with location monitoring technology, which may include the use of Radio Frequency (RF), Global Positioning System (GPS) devices, Voice Recognition or Virtual Monitoring Technology, at the discretion of the probation officer, and comply with its requirements. The location monitoring technology will be used to monitor the following restriction on your movement in the community:

   > You are restricted to your residence at all times except for employment, education, religious services, medical, substance abuse, or mental health treatment, attorney visits, court appearances, court-ordered obligations, or other activities in advance as pre-approved by the supervising officer.(home detention)

   You must follow the rules and regulations of the location monitoring program.

5. You must participate in a co-payment plan for treatment, testing and/or medication and shall make payment directly to the vendor under contract with the United States Probation Office.  Your co-payment will be determined utilizing a Sliding Fee Scale based upon your disposable income.

6. You must submit your person, property, house, residence, vehicle, papers, computer, other electronic communications or data storage devices or media, or office, to a search conducted by a United States probation officer or any law enforcement officer under the immediate and personal supervision of the probation officer, based upon reasonable suspicion of unlawful conduct or a violation of a condition of supervision, without a search warrant.  Failure to submit to a search may be grounds for revocation.  You must warn any other occupants that the premises may be subject to searches pursuant to this condition.

In addition to the above, Ms. Zavala-Mendoza must comply with all conditions of her supervised release previously imposed and ordered.

Lastly, the Court will set a status conference in the matter for December 22, 2022, at 2:00 p.m.

IT IS SO ORDERED.

Dated: **November 21, 2022**        /s/ Eric P. Grosj——
UNITED STATES MAGISTRATE JUDGE