HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
MARIELA ZAVALA-MENDOZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:21-cr-00321-ADA |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER** |
| vs. | Date: February 28, 2023 |
| MARIELA ZAVALA-MENDOZA, | Time: 2:00 p.m. |
| Defendant. | Judge: Duty Magistrate Judge |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney Jeffrey Spivak, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for defendant Mariela Zavala-Mendoza, that the status conference currently scheduled for December 22, 2022, at 2:00 p.m., be continued to February 28, 2023, at 2:00 p.m.

A probation violation petition was filed in this case on September 1, 2022. *See* Dkt. #4. Ms. Zavala-Mendoza made her initial appearance on November 15, 2022. *See* Dkt. #8. A detention hearing was held on November 16, 2022, and November 17, 2022. *See* Dkt. #9-10. At the November 17, 2022, hearing, Ms. Zavala-Mendoza was ordered released subject to conditions imposed by the Court. *See* Dkt. #10, #12. Ms. Zavala-Mendoza also has a parallel state court matter pending in Stanislaus County Superior Court that relates to the allegations in

1  the instant supervised release violation petition. Ms. Zavala-Mendoza appeared as required for
2  her state court hearing on December 14, 2022. At the hearing, the state court matter was
3  continued to March 13, 2023.
4      The parties are currently monitoring the state court proceeding and undersigned defense
5  counsel is in the process of reviewing the discovery in the matter. Accordingly, the parties are
6  requesting that the status conference currently set for December 22, 2022, be continued to
7  February 28, 2023, for a further status conference, so that the parties can continue to monitor the
8  state court proceeding, so that defense counsel has time to review the discovery and to conduct
9  investigation, and to engage in negotiations regarding a possible resolution in this case.
10     The requested continuance is made with the intention of conserving time and resources
11 for both the parties and the Court. The requested date is a mutually agreeable date for both
12 parties. As this is a probation violation matter, no exclusion of time is necessary.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: December 16, 2022

*/s/ Jeffrey Spivak*
JEFFREY SPIVAK
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: December 16, 2022

*/s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
MARIELA ZAVALA-MENDOZA

Zavala-Mendoza – Stipulation
and Proposed Order

2

**O R D E R**

**IT IS HEREBY ORDERED** that the status conference set for December 22, 2022, at 2:00 p.m. is continued to February 28, 2023, at 2:00 p.m.

IT IS SO ORDERED.

Dated: 12/16/2022

*Sheila K. Oberto*
HONORABLE SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE

Zavala-Mendoza – Stipulation
and Proposed Order

3