1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  REED GRANTHAM, CA Bar #294171
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   MARIELA ZAVALA-MENDOZA
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,         | Case No. 1:21-cr-00321-ADA
12 |                  Plaintiff,       | **STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER**
13 | vs.                               | Date:  March 28, 2023
14 | MARIELA ZAVALA-MENDOZA,           | Time:  2:00 p.m.
                                        Judge: Duty Magistrate Judge
15 |                  Defendant.       |
16
17

18         IT IS HEREBY STIPULATED, by and between the parties, through their respective

19  counsel, Assistant United States Attorney Jeffrey Spivak, counsel for plaintiff, and Assistant

20  Federal Defender Reed Grantham, counsel for defendant Mariela Zavala-Mendoza, that the

21  status conference currently scheduled for February 28, 2023 at 2:00 p.m., be continued to March

22  28, 2023, at 2:00 p.m.

23         A probation violation petition was filed in this case on September 1, 2022. *See* Dkt. #4.

24  Ms. Zavala-Mendoza made her initial appearance on November 15, 2022. *See* Dkt. #8. A

25  detention hearing was held on November 16, 2022, and November 17, 2022. *See* Dkt. #9-10. At

26  the November 17, 2022 hearing, Ms. Zavala-Mendoza was ordered released subject to conditions

27  imposed by the Court. *See* Dkt. #10, #12. Ms. Zavala-Mendoza also has a parallel state court

28  matter pending in Stanislaus County Superior Court that relates to the allegations in the instant

violation petition. Ms. Zavala-Mendoza appeared as required for her state court hearing on December 14, 2022, and a further hearing in that matter was set for March 13, 2023.

    Since the parties are currently monitoring the state court proceeding and undersigned counsel is in the process of reviewing the discovery in the matter, the parties are requesting that the status conference currently set for February 28, 2023, be continued to March 28, 2023, for a further status conference. This will enable the parties to assess the status of the case in light of the state court hearing on March 13, 2023, and to undertake additional discussions regarding this matter. The requested continuance is made with the intention of conserving time and resources for both the parties and the Court. The requested date is a mutually agreeable date for both parties. As this is a probation violation matter, no exclusion of time is necessary.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: February 23, 2023          */s/ Jeffrey Spivak*
JEFFREY SPIVAK
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: February 23, 2023          */s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
MARIELA ZAVALA-MENDOZA

**O R D E R**

**IT IS HEREBY ORDERED** that the status conference set for February 28, 2023, at 2:00 p.m. is continued to **March 28, 2023, at 2:00 p.m. before Magistrate Judge Sheila K. Oberto**.

IT IS SO ORDERED.

Dated:   **February 24, 2023**          /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE