HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
MARIELA ZAVALA-MENDOZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARIELA ZAVALA-MENDOZA,<br><br>Defendant. | Case No. 1:21-cr-00321-ADA<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER**<br><br>Date:   June 15, 2023<br>Time:  2:00 p.m.<br>Judge: Duty Magistrate Judge |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney Jeffrey Spivak, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for defendant Mariela Zavala-Mendoza, that the status conference currently scheduled for March 28, 2023, at 2:00 p.m., be continued to June 15, 2023, at 2:00 p.m.

Ms. Zavala-Mendoza made her initial appearance on the violation petition in this case on November 15, 2022. *See* Dkt. #8. A detention hearing was held on November 16, 2022, and November 17, 2022. *See* Dkt. #9-10. At the November 17, 2022, hearing, Ms. Zavala-Mendoza was ordered released subject to conditions imposed by the Court. *See* Dkt. #10, #12.

Ms. Zavala-Mendoza has a parallel state court matter pending in Stanislaus County Superior Court that relates to both of the allegations in the instant violation petition. Ms. Zavala-

Mendoza has retained counsel in her pending matter out of Stanislaus County and has appeared as required for her state court hearings. Most recently, Ms. Zavala-Mendoza appeared with her state court attorney on March 13, 2023. At that time, the matter was continued so that counsel could continue to review the discovery and discuss the matter with the prosecution. In addition, Ms. Zavala is pregnant and has a due date of April 27, 2023. Accordingly, the matter was set for a case management conference on June 9, 2023, in Stanislaus County Superior Court.

    The parties are currently monitoring the state court proceeding to see if the matter results in a resolution that would impact the federal violation allegations. Additionally, undersigned counsel is in the process of reviewing the discovery from the state court matter. Accordingly, the parties are requesting that the status conference currently set for March 28, 2023, be continued to June 15, 2023, for a further status conference. This will enable the parties to assess the status of the case in light of the state court hearing on June 9, 2023, and to undertake additional discussions regarding this matter. The requested continuance is made with the intention of conserving time and resources for both the parties and the Court. The requested date is a mutually agreeable date for both parties. As this is a probation violation matter, no exclusion of time is necessary.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: March 24, 2023

*/s/ Jeffrey Spivak*
JEFFREY SPIVAK
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: March 24, 2023

*/s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
MARIELA ZAVALA-MENDOZA

# O R D E R

**IT IS HEREBY ORDERED** that the status conference set for March 28, 2023, at 2:00 p.m. is continued to June 15, 2023, at 2:00 p.m.

Dated: March 24, 2023                    *Sheila K. Oberto*
                                          HONORABLE SHEILA K. OBERTO
                                          UNITED STATES MAGISTRATE JUDGE

Zavala-Mendoza – Stipulation
and Proposed Order

3