1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  REED GRANTHAM, CA Bar #294171
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   MARIELA ZAVALA-MENDOZA
7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,           Case No. 1:21-cr-00321-ADA

12              Plaintiff,              **STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER**

13  vs.
                                        Date:  August 23, 2023
14  MARIELA ZAVALA-MENDOZA,             Time:  2:00 p.m.
                                        Judge: Duty Magistrate Judge
15              Defendant.

16

17

18       IT IS HEREBY STIPULATED, by and between the parties, through their respective

19  counsel, Assistant United States Attorney Jeffrey Spivak, counsel for plaintiff, and Assistant

20  Federal Defender Reed Grantham, counsel for defendant Mariela Zavala-Mendoza, that the

21  status conference currently scheduled for June 15, 2023 at 2:00 p.m., be continued to August 23,

22  2023, at 2:00 p.m.

23       Ms. Zavala-Mendoza made her initial appearance on the violation petition in this case on

24  November 15, 2022. *See* Dkt. #8. A detention hearing was held on November 16, 2022, and

25  November 17, 2022. *See* Dkt. #9-10. At the November 17, 2022 hearing, Ms. Zavala-Mendoza

26  was ordered released subject to conditions imposed by the Court. *See* Dkt. #10, #12.

27       Ms. Zavala-Mendoza has a parallel state court matter pending in Stanislaus County

28  Superior Court that relates to the two allegations in the instant violation petition. Ms. Zavala-

1  Mendoza has retained counsel in her pending matter out of Stanislaus County and has appeared
2  as required for her state court hearings. Most recently, Ms. Zavala-Mendoza appeared with her
3  state court attorney in Stanislaus County on June 8, 2023, for an early case management
4  conference. At that time, the matter was continued to August 14, 2023, for a preliminary hearing,
5  as the district attorney assigned to the case was not at the hearing. It is anticipated that Ms.
6  Zavala-Mendoza's state court attorney will have discussions with the assigned district attorney
7  about resolving the state court matter in advance of the August 14, 2023 preliminary hearing.

8        The parties are currently monitoring the state court proceeding to see if the matter results
9  in a resolution that would impact the federal violation allegations. Additionally, undersigned
10 counsel is in the process of reviewing the discovery from the state court matter. Accordingly, the
11 parties are requesting that the status conference currently set for June 15, 2023, be continued to
12 August 23, 2023, for a further status conference. This will enable the parties to assess the status
13 of the case in light of the state court preliminary hearing on August 14, 2023, and to undertake
14 additional discussions regarding this matter. The requested continuance is made with the
15 intention of conserving time and resources for both the parties and the Court. The requested date
16 is a mutually agreeable date for both parties. As this is a probation violation matter, no exclusion
17 of time is necessary.

                                Respectfully submitted,

                                PHILLIP A. TALBERT
                                United States Attorney

Date: June 12, 2023                 */s/ Jeffrey Spivak*
                                JEFFREY SPIVAK
                                Assistant United States Attorney
                                Attorney for Plaintiff


                                HEATHER E. WILLIAMS
                                Federal Defender

Date: June 12, 2023                 */s/ Reed Grantham*
                                REED GRANTHAM
                                Assistant Federal Defender
                                Attorney for Defendant
                                MARIELA ZAVALA-MENDOZA

**O R D E R**

**IT IS HEREBY ORDERED** that the status conference set for June 15, 2023, at 2:00 p.m. is continued to **August 23, 2023, at 2:00 p.m. before Magistrate Judge Erica P. Grosjean**.

IT IS SO ORDERED.

Dated:   **June 12, 2023**               /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE

Zavala-Mendoza – Stipulation
and Proposed Order

3