HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
MARIELA ZAVALA-MENDOZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARIELA ZAVALA-MENDOZA,<br><br>Defendant. | Case No. 1:21-cr-00321-ADA<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER**<br><br>Date:  October 18, 2023<br>Time:  2:00 p.m.<br>Judge: Duty Magistrate Judge |

　　　　IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney Jeffrey Spivak, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for defendant Mariela Zavala-Mendoza, that the status conference currently scheduled for August 23, 2023 at 2:00 p.m., be continued to October 18, 2023, at 2:00 p.m.

　　　　Ms. Zavala-Mendoza made her initial appearance on the violation petition in this case on November 15, 2022. *See* Dkt. #8. A detention hearing was held on November 16, 2022, and November 17, 2022. *See* Dkt. #9-10. At the November 17, 2022 hearing, Ms. Zavala-Mendoza was ordered released subject to conditions imposed by the Court. *See* Dkt. #10, #12.

　　　　Ms. Zavala-Mendoza has a parallel state court matter pending in Stanislaus County Superior Court that relates to the two allegations in the instant violation petition. Ms. Zavala-

1 Mendoza has retained counsel in her pending matter out of Stanislaus County and has appeared
2 as required for her state court hearings. Most recently, Ms. Zavala-Mendoza appeared with her
3 state court attorney in Stanislaus County on August 7, 2023, for an early case management
4 conference. At that time, the matter was continued to October 2, 2023, for a further status
5 conference. Undersigned counsel has been advised that the district attorney assigned to the case
6 for Stanislaus County is in the process of reviewing materials relating to the alleged offense
7 conduct in order to determine an appropriate resolution to Ms. Zavala-Mendoza's state case.

8     The parties are currently monitoring the state court proceeding to see if the matter results
9 in a resolution that would impact the federal violation allegations. Additionally, undersigned
10 counsel is in the process of reviewing the discovery from the state court matter. Accordingly, the
11 parties are requesting that the status conference currently set for August 23, 2023, be continued
12 to October 18, 2023, for a further status conference. This will enable the parties to assess the
13 status of the case and to undertake additional discussions regarding this matter. The requested
14 continuance is made with the intention of conserving time and resources for both the parties and
15 the Court. The requested date is a mutually agreeable date for both parties. As this is a probation
16 violation matter, no exclusion of time is necessary.

17

18     Respectfully submitted,

19     PHILLIP A. TALBERT
    United States Attorney
20

21 Date: August 21, 2023     */s/ Jeffrey Spivak*
    JEFFREY SPIVAK
22     Assistant United States Attorney
    Attorney for Plaintiff
23

24     HEATHER E. WILLIAMS
    Federal Defender
25

26 Date: August 21, 2023     */s/ Reed Grantham*
    REED GRANTHAM
27     Assistant Federal Defender
    Attorney for Defendant
28     MARIELA ZAVALA-MENDOZA

Zavala-Mendoza – Stipulation
and Proposed Order

**O R D E R**

**IT IS HEREBY ORDERED** that the status conference set for August 23, 2023, at 2:00 p.m. is continued to October 18, 2023, at 2:00 p.m. before the Duty Magistrate Judge.

IT IS SO ORDERED.

Dated:  **August 21, 2023**               /s/ *Erica P. Grosjean*
                                                                    UNITED STATES MAGISTRATE JUDGE

Zavala-Mendoza – Stipulation
and Proposed Order

3